5/27/24

# United States District Court

**Plaintiffs:** Robert Keraghan #56022

**VS:**

**Defendant:** Alisha Tafoya: Director of Corrections, New Mexico

CV 24-552 DHU/KRS

FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO JUN 03 2024 MITCHELL R. ELFERS CLERK

This Honorable Court has the jurisdiction to review the "1983 prisoner civil rights complaint" under federal class/Fed. R. Civ. P. p23 (a)(B) suit due to me: the plaintiff, Robert Keraghan #56022 being a United States citizen.

**Complaint:** I Robert Keraghan #56022, the plaintiff being housed in RDC in Los Lunas and currently being held in Santa Rosa at GCCF prison in New Mexico. I'm am property of the state of New Mexico due to a parole violation. Plaintiff having been victim of believed breach of "Montoya Act" thru actions of "involuntary servitude" which is modern day slavery. As a parolee being housed in RDC on 4/15/24 where me the plaintiff was housed in a one man cell until classified after seeing the parole board was transferred to GCCF prison in Santa Rosa on 5/1/24 where I am now currently living with 64 unclassified convicts of all levels, ex: levels: 1, 2, 3, 4, 5, 6. Violent offenders are housed and roomed together in 2 man cells here at GCCF in Santa Rosa. Putting me, the plaintiff's life in danger on a daily basis. Where iminant danger does exist through some convicts having higher levels assigned to them because of their previous dangerous and violent offenses. I don't feel safe here on a daily basis but have no choice but to live here until I am classified to another prison. Neglegent conduct and power and abuse of power of process is tortoreous use →

② of legal process "Manga Neglencta" does exist. "Alisha Tafoya" being the Director of corrections and allowing this housing process and parole process while here at GCCF prison in Santa Rosa has placed me the plaintiff "Robert Keraghan" in danger on a daily basis. also, Good time is supposed to start upon arriving at RDC in Los Lunas, parole violator or new commitment. Now parole violators Good time does not start until you see the parole Board. also, money orders are not accepted until inmates family or friends fill out a visitor application and get approved. if the applicant is a felon, they will get denied, making them unable to send money to me the plaintiff. money is federal and no money order should be refused to me the plaintiff or any other inmate housed in corrections. county jails allow anyone to send you money at any time. I can make a list of all of my civil rights that are being violated here on the daily.

The relief sought of violations of state law and constitutional rights are as follows:

Injustice relief be granted in the sum of $1000.00 a day while being housed here at GCCF prison in Santa Rosa or the remainder of my parole time from now until February 28th 2025 plus 23 days added for absconding which puts it to March 22nd 2025 be vacated. all of it, about 10 months. This is what I the plaintiff Robert Keraghan #56022 am asking the courts for. which I think is acceptable considering my life is being constantly in danger daily. Thank you for your time

sincerely, Robert Keraghan



Robert Keloglian #56022
GCCF H1 E #116
P.O. Box 5
Santa Rosa, NM 88435

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 03 2024
MITCHELL R. ELFERS
CLERK

United States District Court
333 Lomas Blvd, N.W. Suite #270
Alb, NM 87102



quadient
FIRST-CLASS MAIL
IMI
$000.64
05/28/2024 ZIP 88435
043M31228026
US POSTAGE