IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT KERAGHAN,

    Plaintiff,

v.                                                                      No. 24-cv-0552-DHU-KRS

ALISHA TAFOYA,

    Defendant.

**ORDER TO CURE DEFICIENCY**

    This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). Plaintiff is incarcerated and proceeding *pro se*. To prosecute this case, he must prepay the $405 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings must include the case number (24-cv-0552-DHU-KRS) and should be labelled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $405 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement.

    This 8th day of October, 2024

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE